# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Elliot McGucken v. Shutterstock, Inc.**   Docket No.: **23-7652**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Marissa B. Lewis**

Firm: **Mitchell Silberberg & Knupp LLP**

Address: **437 Madison Avenue, 25th Floor, New York, NY 10022**

Telephone: **212) 509-3900**   Fax: **212) 509-7239**

E-mail: **mbl@msk.com**

Appearance for: **Shutterstock, Inc.**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Eleanor M. Lackman, Mitchell Silberberg & Knupp LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Marissa B. Lewis**

Type or Print Name: **Marissa B. Lewis**